JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIANGBING LIU, | ) Case No. CV 19-9435-CAS (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Order Dismissing Action for Failure to Prosecute, it is hereby ADJUDGED that this action is dismissed.

DATED: August 31, 2020

*Christina A. Snyder*
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE